225 F.2d 481
 Wilbur C. DETERT et al., Appellants,
v.
UNITED STATES of America.
 No. 15353.
 United States Court of Appeals Eighth Circuit.
 August 19, 1955.
 
 1
 Appeal from United States District Court, Southern District of Iowa.
 
 
 2
 D. C. Nolan, William M. Tucker and F. B. Olsen, Iowa City, Iowa, for appellants.
 
 
 3
 Roy L. Stephenson, U. S. Atty., and John C. Stevens, Asst. U. S. Atty., Des Moines, Iowa, for appellee.
 
 
 4
 Appeal from District Court dismissed without costs to either party in this Court, on stipulation of counsel for respective parties.